## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:14CR78** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WILLIAM GIOVANNI SANDOVAL MARTINEZ,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant William Giovanni Sandoval Martinez (Sandoval Martinez) to modify the conditions of release (Filing No. 32). Sandoval Martinez seeks to relocate his residence to Omaha, Nebraska. Sandoval Martinez's counsel represents that counsel for the government has no objection. Pretrial Services has investigated the proposal and recommends approval (Filing No. 33 - Sealed).

Upon consideration, Sandoval Martinez's motion (Filing No. 32) is granted. Sandoval Martinez shall execute a Consent to Modify with Pretrial Services.

**IT IS SO ORDERED.**

DATED this 3rd day of September, 2014.

                                                          BY THE COURT:

                                                          s/ F.A. Gossett
                                                          United States Magistrate Judge